PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Harris County_ DISTRICT OF TEXAS
_Houston_ DIVISION

Armando Williams 41020204
Plaintiff's Name and ID Number

Harris County Sheriff's office Jail
Place of Confinement

I'm a 2nd Degree Freemason!

CASE NO. __4:23-cv-1387__
(Clerk will assign the number)

v.

Harris County Sheriff's Office
Defendant's Name and Address

701 N San Jacinto
Defendant's Name and Address

Houston, TX 77002
Defendant's Name and Address
( DO NOT USE "ET AL.")

United States Courts
Southern District of Texas
FILED

APR 12 2023

Nathan Ochsner, Clerk of Court

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND _IN FORMA PAUPERIS_ (IFP)**

1

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: _____
      2. Parties to previous lawsuit:
         Plaintiff(s) _____
         Defendant(s) _____
      3. Court: (If federal, name the district; if state, name the county.) _____
      4. Cause number: _____
      5. Name of judge to whom case was assigned: _____
      6. Disposition: (Was the case dismissed, appealed, still pending?) _____
      7. Approximate date of disposition: _____

II.   PLACE OF PRESENT CONFINEMENT: Harris County Sheriff's Office Jail _____

2

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Name: Armando Williams_
_Address: 15203 Camino Del Sol Drive, Houston, TX 77083_

B. Full name of each defendant, his official position, his place of
employment, and his full <u>mailing</u> address.

Defendant #1: _Harris County Sheriff's Office_
_701 N San Jacinto, Houston, Texas 77002_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Illegal arrest, Illegal Search of Vehicle, Illegal Detainment_

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V.    STATEMENT OF CLAIM:

From: Armando Williams  SPN: 03123608  ID: 41820204

To: David J. Bradley  Clerk of Court

X G X

---

**Copies** • "Law Library" Clerk refuses to provide/make copies of Lawsuit Paperwork. For this reason I am unable to provide a copy of my Lawsuit Paperwork.

---

**in Forma Pauperis** • in forma Pauperis: "Law Library" Clerk refuses to provide "Certificate of Inmate Trust Account". For this reason I am unable to provide proof of my inability to pay Fees or costs. It is impossible for me to provide certificate... I have been homeless for the past 2 years so I cannot afford to pay fees or costs.

---

**Grievance Procedure** • Grievance Procedures: "Grievance Board" Clerk refuses to provide copy of Grievance Board messages. I am unable to provide copy of Grievance Procedures.

---

**Defendant** • Defendant's Address: "Law Library" Clerk refuses to provide me with an address for Harris County Sheriff's Office. I am filing a lawsuit against the Harris County Sheriff's Office, so I believe I shouldn't need an address for the Harris County Sheriff's office.

---

**Freemason** • I'm a 2nd Degree Freemason

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about December 13th, 2022 Officers of the Harris County Sheriff's Office approached my vehicle with guns drawn and made an illegal arrest. The Harris County Officers arrested me illegally. After or During my arrest the Harris County Officers illegally searched my vehicle. After the illegal search I was illegally questioned by the Investigation Unit. After questioning I was taken to Harris County Sheriff's Office Jail where I was illegally Detained. The case # for this incident is #1798784 My SPN is # 03123608
Case # 1798784   Location: Bellaire and Addicks clodine
SPN # 03123608

Get video proof of incident from the "Shell" Gas Station located at the crossroads of Bellaire and addicks cladi

VI.   **RELIEF:**

State briefly exactly what you want the court to do for you.   Make no legal arguments. Cite no cases or statutes.

I want the court to grant me a reward payment of $1.5 Trillion Dollars (One Trillion Five Hundred Billion Dollars) also dismiss case# 1798784

VII.   **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Armando Williams

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.   SPN: 03123608

VIII.   **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?        ____YES  ✓ NO

B. If your answer is "yes," give the following  information for every lawsuit in which sanctions  were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.  Court that imposed sanctions (if federal, give the district and division): _____

   2.  Case number:_____

   3.  Approximate date sanctions were imposed:_____

   4.  Have the sanctions been lifted or otherwise satisfied?                    ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: _March 14th 2023_
          DATE

_Armando Williams_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___14th___ day of ___March___ , 20 23 .
       (Day)               (month)         (year)

_Armando Williams_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**



United States Courts
Southern District of Texas
FILED

APR 12 2023

Nathan Ochsner, Clerk of Court

DAVID J. Bradley
Clerk of Court
PO Box 61010
Houston TX 77208

HARRIS COUNTY SHERIFF'S OFFICIAL MAIL
Name
SPN
Street 1200 Baker
HOUSTON, TEXAS 77002